IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| NICHOLAS BARTON, | § | |
| | § | |
| Plaintiff, | § | |
| | § | |
| VS. | § | NO. 4:18-CV-732-A |
| | § | |
| DIVERSIFIED CONSULTANTS, INC., | § | |
| | § | |
| Defendant. | § | |

U.S. DISTRICT COURT
NORTHERN DISTRICT OF TEXAS
FILED

JAN - 9 2019

CLERK, U.S. DISTRICT COURT
By_____
Deputy

### FINAL JUDGMENT

Consistent with the joint stipulation of dismissal with prejudice filed this date,

The court ORDERS, ADJUDGES, and DECREES that the claims of plaintiff, Nicholas Barton, against defendant, Diversified Consultants, Inc., be, and are hereby, dismissed with prejudice.

The court further ORDERS, ADJUDGES, and DECREES that each party bear the attorney's fees and court costs incurred by that party.

SIGNED January 9, 2019.

_____
JOHN McBRYDE
United States District Judge